IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-02603-CMA-MJW

PRUDENTIAL INSURANCE COMPANY OF AMERICA,

Plaintiff(s),

v.

RYAN JAMES OHLBERG,
STEVEN ALLEN OHLBERG, and
JAMES BURTON HAKERT,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Motion to Vacate and Rest [sic] Scheduling/ Planning Conference, DN 33, filed with the Court on March 3, 2011, is DENIED.

Date:  March 3, 2011