**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-02603-CMA-MJW

RYAN JAMES OHLBERG,

      Plaintiff,

v.

STEVEN ALLEN OHLBERG, and
JAMES BURTON HAKERT,

      Defendants.

---

**ORDER OF DISMISSAL WITH PREJUDICE
AND RELEASE OF FUNDS FROM COURT REGISTRY**

---

The Court, having reviewed the parties' Stipulation for Dismissal With Prejudice

(Doc. # 49) and the file, and being fully advised in the premises, hereby

ORDERS AS FOLLOWS:

1)     That this case is DISMISSED WITH PREJUDICE;

2)     That the Clerk of the Court is DIRECTED to comply with the terms and

conditions of said Stipulation (Doc. # 49) and immediately disburse the proceeds

deposited with the Court's registry, in the following manner:

a.     The amount of $50,000.00 to:

     Debra DeRee
     1824 Woodmoor Drive, Suite 202
     Monument, CO 80132;

b.   The amount of $12,500.00 to:

Vaughan & DeMuro
111 South Tejon, Suite 410
Colorado Springs, CO 80903; and

c.   The amount of $123,352.18, plus any additional earned interest, to:

Mark T. Elliott
Trustee for Ryan J. Ohlberg
P.O. Box 1658
Colorado Springs, CO 80901.

DATED:  July __13__, 2011

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge

2